LAW OFFICES
PHELPS & MOORE
PROFESSIONAL LIMITED LIABILITY COMPANY
7430 EAST BUTHERUS DRIVE. SUITE A
SCOTTSDALE, ARIZONA 85260
(480) 534-1400
Jon L. Phelps (027152)
jon@phelpsandmoore.com
Robert M. Moore (013338)
rob@phelpsandmoore.com
Jennie I. Tetreault (035566)
jennie@phelpsandmoore.com

Edward L. Barry (005856)
2120 Company Street, Third Floor
Christiansted, Virgin Islands 00820
(340) 719-0601
ed.barry.legal@gmail.com
*Counsel for Plaintiff Norman Zwicky*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Norman Zwicky, for himself and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Diamond Resorts, Inc., ILX Acquisition, Inc.; Diamond Resorts Management, Inc.; Stephen J. Cloobeck; David F. Palmer; C. Alan Bentley; Troy Magnos; Kathy Wheeler; Linda Riddle; John & Jane Does 1–10; and Does 1–10,<br><br>Defendants. | No. CV-20-02322-PHX-DJH<br><br>**NOTICE OF SECOND AMENDED COMPLAINT** |

Pursuant to Fed. R. Civ. P. 15(a)(2) and Local R. Civ. 15.1 (b), Plaintiff, Norman Zwicky, by and through undersigned counsel, hereby submits his Second Amended

Complaint. A proposed order is attached hereto as "**Exhibit 1**" pursuant to Local R. Civ. 7.1(b)(3).

1. Plaintiff certifies that he files this amended pleading with the opposing party's written consent. *See* Doc. 14 (the "Stipulation").

2. Pursuant to the Stipulation, this Court ordered Plaintiff on January 12, 2021 to file a Second Amended Complaint on or before January 29, 2021 and that Defendants shall have twenty-one (21) days after service of the same to answer or otherwise respond. *See* Doc. 15.

3. Pursuant to the Court's orders and Local R. Civ. 15.1(b), Plaintiff now attaches a copy of the Second Amended Complaint as "**Exhibit 2**" and indicates in what respect it differs from the First Amended Complaint by striking through deleted text and underlining added text.

WHEREFORE, Plaintiff requests an order from the Court accepting Plaintiff's Second Amended Complaint pursuant to the Court's January 12, 2021 orders regarding the parties' Stipulation and granting all such other relief as the Court deems just and proper.

RESPECTFULLY SUBMITTED this 29th day of January, 2021.

/s/ Jennie I. Tetreault
Jon L. Phelps (027152)
Robert M. Moore (013338)
Jennie I. Tetreault (035566)
PHELPS & MOORE, PLLC
7430 East Butherus Drive, Suite A
Scottsdale, AZ 85260
(480) 534-1400
jon@phelpsandmoore.com
rob@phelpsandmoore.com
jennie@phelpsandmoore.com

Edward L. Barry (005856)
2120 Company Street, Third Floor

Christiansted, Virgin Islands 00820
(340) 719-0601
ed.barry.legal@gmail.com
*Attorneys for Plaintiff Norman Zwicky*

## **CERTIFICATION OF SERVICE**

I certify that on this 29th day of January, 2021, a PDF copy of the forgoing was electronically transmitted to the Clerk of the Court using the CM/ECF System for filing and transmitted via email to:

Brandon T. Crossland
Julie Singer Brady
Yameel L. Mercado Robles
BAKER & HOSTETLER LLP
South Orange Avenue, Suite 2300
Orlando, Florida, 32801
bcrossland@bakerlaw.com
jsingerbrady@bakerlaw.com
ymercadorobles@bakerlaw.com

Mark A. Fuller
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016
mark.fuller@gknet.com
*Counsel for Defendants DRM, ILX, & Wheeler*

/s/ Jessica Holfman

3