LAW OFFICES
**PHELPS & MOORE**
PROFESSIONAL LIMITED LIABILITY COMPANY
7430 EAST BUTHERUS DRIVE. SUITE A
SCOTTSDALE, ARIZONA 85260
(480) 534-1400

Jon L. Phelps (027152)
jon@phelpsandmoore.com
Robert M. Moore (013338)
rob@phelpsandmoore.com
Jennie I. Tetreault (035566)
jennie@phelpsandmoore.com

Edward L. Barry (005856)
2120 Company Street, Third Floor
Christiansted, Virgin Islands 00820
(340) 719-0601
ed.barry.legal@gmail.com
*Counsel for Plaintiff Norman Zwicky*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Norman Zwicky, for himself and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Diamond Resorts International, Inc.; *et al.*,<br><br>Defendants. | No. 20-CV-02322-PHX-DJH<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE FOR DEFENDANT C. ALAN BENTLEY**<br><br>(ASSIGNED TO THE HONORABLE **DIANE J. HUMETEWA**) |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Norman Zwicky, hereby voluntarily dismisses with prejudice this action, including all claims and causes of action, against Defendant C. Alan Bentley ("Defendant Bentley"). As of the date of this

voluntary dismissal, no motion for summary judgment or answer has been filed on behalf of Defendant Bentley.

RESPECTFULLY SUBMITTED this 11th day of May, 2021.

/s/ Jon L. Phelps
Jon L. Phelps (027152)
Robert M. Moore (013338)
Jennie I. Tetreault (035566)
PHELPS & MOORE, PLLC
7430 East Butherus Drive, Suite A
Scottsdale, Arizona 85260
(480) 534-1400
jon@phelpsandmoore.com
rob@phelpsandmoore.com
jennie@phelpsandmoore.com

Edward L. Barry (005856)
2120 Company Street, Third Floor
Christiansted, Virgin Islands 00820
(340) 719-0601
ed.barry.legal@gmail.com
*Counsel for Norman Zwicky*

**CERTIFICATE OF SERVICE**

I certify that on this 11th day of May, 2021, a PDF copy of the foregoing was electronically transmitted to the Clerk of Court using the CM/ECF System for filing and transmitted via email to:

Brandon T. Crossland
bcrossland@bakerlaw.com
Julie Singer Brady

| | |
|---|---|
| 1 | jsingerbrady@bakerlaw.com |
| 2 | Yameel L. Mercado Robles |
|   | ymercadorobles@bakerlaw.com97 |
| 3 | BAKER & HOSTETLER LLP |
|   | 200 South Orange Avenue, Suite 2300 |
| 4 | Orlando, Florida 32801 |

Mark A. Fuller
mark.fuller@gknet.com
GALLAGHER & KENNEDY
2575 East Camelback Road
Phoenix, Arizona 85016
*Counsel for DRI, ILX, DRM, Magdos, Wheeler & Riddle*

*/s/ Jessica Holfman*