# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Norman Zwicky, et al., | NO. CV-20-02322-PHX-DJH |
| Plaintiffs, | |
| v. | **AMENDED JUDGMENT OF** |
| Diamond Resorts Incorporated, et al., | **DISMISSAL IN A CIVIL CASE** |
| Defendants. | |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed April 22, 2024, judgment is entered in accordance with the terms of the Order and the Settlement Agreement & Release. Plaintiff is awarded $3,250,000.00 for attorneys' fees and $22,335.45 for costs. No other attorneys' fees will be sought and awarded other than those agreed to in the Settlement Agreement & Release.

                                                      Debra D. Lucas
                                                     District Court Executive/Clerk of Court

April 22, 2024

                                                      s/ K. Gray
                                      By   Deputy Clerk