**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Norman Zwicky, et al., | No. CV-20-02322-PHX-DJH |
| Plaintiffs, | **ORDER** |
| v. | |
| Diamond Resorts Management Incorporated, et al., | |
| Defendants. | |

    The Parties have filed a "Joint Motion to Reopen Case and For Extension of Time to Distribute Settlement Fund to Class Members" (Doc. 168). The Court's April 22, 2024 Final Approval Order (Doc. 166) required the Settlement Administrator to distribute the Settlement Fund to the Class Members on or before June 28, 2024. (*Id*. at 14). However, the Parties represent that on June 4, 2024, the Settlement Administrator "identified the need to re-evaluate the list of Class Members to ensure that individual or entities excluded from the Class based upon the terms of the Settlement Agreement were not included in the list of parties due to receive any portion of the Settlement Fund." (Doc. 168 at 3). The parties agree that Defendants need additional time to finalize the list of Class Members and for the Settlement Administrator to then calculate each Class Member's *pro rata* share of the Settlement Fund and process distribution of funds. (*Id*. at 3). In light of these issues, the Parties jointly request a thirty (30) day extension for the Settlement Fund to be distributed to the Class Members on or before July 29, 2024. (*Id*. at 3, 5). Thus, it appears that the Parties' reason for reopening the case is for a limited purpose and they do not anticipate

the need for any further extensions of time. (*Id*. at 4, 5).

Accordingly, and with good cause showing,

**IT IS ORDERED** that the Parties' "Joint Motion to Reopen Case and For Extension of Time to Distribute Settlement Fund to Class Members" (Doc. 168) is **GRANTED**. The Clerk of Court is kindly directed to reopen this matter.

**IT IS FURTHER ORDERED** that the Parties and the Settlement Administrator are granted an extension of time until **July 29, 2024,** to distribute the Settlement Fund to the Class Members.

**IT IS FINALLY ORDERED** that, absent a showing of a compelling need by the Parties, the Clerk of Court shall close this matter on **July 30, 2024**, without further order of this Court.

Dated this 13th day of June, 2024.

Honorable Diane J. Humetewa
United States District Judge

- 2 -