**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Norman Zwicky, et al., | No. CV-20-02322-PHX-DJH |
| Plaintiffs, | **ORDER** |
| v. | |
| Diamond Resorts Management Incorporated, et al., | |
| Defendants. | |

Before the Court is an Unopposed Motion to Reopen Case and Order Third Distribution to Class Members (Doc. 172). For good cause shown,

**IT IS ORDERED granting** the Motion (Doc. 172). The Clerk of Court shall reopen this case for the limited purpose of allowing a third distribution of settlement funds to class members.

**IT IS FURTHER ORDERED** that within seven (7) days of this Order, the parties shall file with the Court a proposed order that details the timeline to accomplish the third distribution and includes a detailed explanation of the anticipated administrative fees.

Dated this 21st day of July, 2026.

Honorable Diane J. Humetewa
United States District Judge